

# Fourth Court of Appeals
## San Antonio, Texas

July 29, 2019

No. 04-18-00513-CR

Anna **GARZA,**
Appellant

v.

The **STATE** of Texas,
Appellee

From the 379th Judicial District Court, Bexar County, Texas
Trial Court No. 2017CR10615
Honorable Ron Rangel, Judge Presiding

# O R D E R

On July 17, 2019, the State filed a motion requesting permission to file a supplemental brief. After consideration, we **GRANT** the motion.

It is so **ORDERED** on July 29, 2019.

**PER CURIAM**

ATTESTED TO: _____
Keith E. Hottle
Clerk of Court